# APPENDIX 1

## DEFENDANT AUSTIN MANSUR'S CHARACTER LETTERS

1. Barry Mansur
2. Dina Mansur
3. Michael McGrath
4. Elizabeth and Darby Anderson
5. Christian Werth
6. Theodore Netsky
7. Richard Slovin
8. John Krupnik
9. Richard Rinella
10. Douglas Hannah
11. John Baessler
12. Britta Bolin
13. Nicholas Carter
14. Ashur Youash

E. BARRY MANSUR
16646 CAPTIVA DRIVE
CAPTIVA, FLORIDA 33924

March 29, 2019

The Honorable Matthew F. Kennelly
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, IL 60604

Re: United States of America v. Austin C. Mansur et. al.
    Case No. 17CR643

Dear Judge Kennelly:

This letter regards the Court's forthcoming review and sentencing of my son, Austin Mansur. For the last 37 years, I've been Chairman and Chief Executive Officer of Mansur & Company, a Chicago-based real estate investment, development and institutional advisory company. Our firm invests in and develops commercial real estate for its own account and provides investment-banking services to domestic and international institutional real estate investors. Mansur & Company has acquired, developed and operated significant real estate assets throughout the country. These assets have included regional mall shopping centers, urban office buildings, hotels, apartments, condominiums, industrial properties, and self-storage portfolios totaling in excess of 25 million square feet.

Before founding Mansur & Company, I directed the income property division of LaSalle Partners, Inc. Prior to that, I spent six years with IBM Corporation in their large computer systems division holding various executive marketing positions after graduating from University of Missouri with a Masters in Engineering.

Throughout my career in the real estate and development business I have built a reputation for fairness, integrity and a commitment not to only profit financially from the deals in which we engage but enhancing the landscape in the process. Local examples would be our redevelopment of the Historic Landmark Reliance Building in Chicago into a first class boutique hotel called the Burnham. In addition, another historic property located at 208 South LaSalle Street which we redeveloped into a 610 key JW Marriott anchoring and rejuvenating the Loop/LaSalle hotel market in the Chicago Financial District.

and persistent evaluating projects and managing investments in hotel, self-storage, and office properties. Austin provides daily oversight of these deals, sources new potential investment opportunities and collaborates with our joint venture partners across the United States as they pursue new developments or redevelopments. Austin's critical eye is invaluable to our firm. In each of these capacities he is extremely hard-working, honest and trustworthy in every respect. His reputation among our clients and his co-workers is one of honesty and integrity. He is a team player, not seeking the spotlight but working collaboratively with others in every endeavor. The potential loss of his services to our firm could be devastating (in the event of his potential incarceration).

Outside the office, Austin devotes a great deal of time and attention to his sisters and his family which are an important part of his life. Austin has been a role model for his two younger sisters throughout their lives. For example, he attended the London School of Economics during the summers studying economics and finance; this lit a path his sister followed when he encouraged her to apply for the same program at the London School. Finally, Austin has been in a meaningful relationship for the past two years with a woman he intends to marry. She has already become a dear friend to my daughters and a valuable member of our family.

My son is an active volunteer with several charities delivering food to the needy, visiting with residents in senior living facilities providing emotional support to them. Austin also serves meals in the Archdiocese of Chicago's soup kitchen preparing meals for the homeless at the suggestion of priest, Father John Costello. This volunteer work is a meaningful part of his life.

Austin has been candid with me about the legal issue before this court, his conduct and his decision to take full responsibility for that conduct by pleading guilty. He has admitted his wrongdoing to me and has accepted responsibility for his actions, as painful as this has been for a son to express to his father.

Austin's acceptance of responsibility and willingness to admit his wrongful conduct to the Court does not diminish his reputation in my eyes but rather enhances it. I believe the steps he has taken and this painful recognition has been a reaffirmation of his honesty, integrity and all of his finest qualities.

I respectfully believe that a sentence including incarceration will not inure to the benefit of society and will be detrimental to many third parties as this behavior was an aberration and inconsistent with Austin's core values. Austin's commitment to hard work, serving others and his recognition of responsibility are real and meaningful characteristics of my son who I greatly admire.

Sincerely,

E. Barry Mansur

EBM/bb

Ms. Dina Mansur
2716 North Paulina Street
Chicago, IL 60614
Tel: 312-545-5778

March 25, 2019

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

    Re: United States of America V. Austin Mansur.
    Case No. 2017-CR-643

Dear Judge Kennelly,

I, Dina Mansur, am writing this letter on behalf of Austin Mansur. Austin is my older brother and best friend for the past thirty nine years. This has been devastating to our family as I have always known Austin to be a very honest and ethical person.

I have spent years with my brother Austin and everyone that knows him can testify that he is one of the most genuinely caring people and has the upmost integrity of anyone known. Austin often goes out of his way to help people he hardly even knows and would never intentionally hurt anyone.

Our parents divorced at an extremely impressionable age for both Austin and myself. My brother left at eighteen and went on to complete college. I was left alone at a very impressionable age without the family I had grown to know and depend on. However, Austin continued during his studies to commit significant time and support to me at the age of 10 years old during this trying time. Without my brother, I would not have been able to cope with our parents divorce and because of him I never felt like I was truly alone.

We then unexpectedly lost our Mother, Judy at an early age. It was a tremendous shock to both of us. Again, Austin was the rock that held us together. Although he was suffering, he put that aside and handled everything and did whatever it took to get us through this painful loss. Austin's love, support and strength were critical for our family to be able to overcome this challenging time. Whether family or friend Austin is always the one you can count on to be there.

I am a divorced mother to my son Chase, Austin's nephew. The love and personal interest Austin shows to not only Chase but all the younger cousins and our entire family demonstrates the continual commitment and love he has to being a huge support to our family. Austin is there on a daily basis offering any and everything he can. I'm not sure where we would all be without him. Austin's joy for life continues to have a positive effect not only on myself but our entire family.

It is my sincere hope, your Honor, that my brother Austin be given a chance to continue to do what he does best which is enrich the lives of others. Austin has shown great remorse and I feel he has truly learned from all of this. Austin is a man of great character, great moral compass, and has respect for all friends, family as well as our community. I humbly ask you to please give Austin the opportunity to continue to lead a life that I feel is exemplary without incarceration.

With the upmost gratitude I thank you for your consideration.


Sincerely,

Dina A Mansur

# McGRATH LEXUS
## OF CHICAGO

*The Reflection of Perfection*

Michael P. McGrath
Co-Owner & General Manger.
McGrath Acura Honda Hyundai Kia & Lexus
1250 W. Division St.
Chicago, IL 60642

March 21st, 2019

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

Re: United States of America vs. Austin Mansur, et al.
Case No. 2017-CR-643

The Honorable Judge Kennelly,

I have known Austin Mansur for the better part of the last two decades. Our relationship has been forged together by the similarities in paths we had chosen for ourselves after college. We are both second generation to fathers who risked it all to be entrepreneurs. As we are both students to our fathers businesses, we attended many of the same community events; Fundraisers for local charitable causes, business Luncheon meetings with guest speakers or cultural events that support the diversity of arts in this great City. As young businessmen, we eventually figured out we could learn as much from each other as we could networking with the success stories we'd meet at these events. Our social routine has not changed much over the last 20 years, but out friendship and respect for each other has grown tremendously.

I am aware of the charges brought before Austin Mansur. I am also aware that Austin deeply regrets his actions. These charges have weighed on him for almost four years now. The guilt he has felt from the "court of public opinion," the embarrassment he has faced from business community and the lack of production in his own business with the enormous weight of these charges has been a sentence in itself.

Sincerely,

*[signature]*

Michael P McGrath

# LEXUS
*The Relentless Pursuit Of Perfection*

1250 West Division Street • Chicago, IL 60622-4133 • 773-342-6300
A McGrath-Colosimo Enterprise

# *Darby & Elizabeth Anderson*
**1136 N. Lathrop Avenue, River Forest, IL 60305**

March 20, 2019

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

      Re:    United States of America v. Austin Mansur, et al.
               Case No. 2017-CR-643

Dear Judge Matthew Kennelly:

My husband and I are jointly writing this letter on behalf of Austin Mansur. Austin is my younger cousin, the son of my mother's brother, who I have known his entire life. My husband, Darby Anderson, has known Austin since 1991 prior to our marriage in 1995.

To the casual acquaintance, it may seem that Austin has enjoyed a carefree even privileged life. As we will offer below this is not the case and provides context for our observations over many years of Austin's exceptional level of character, caring and generosity to his friends and extended family.

Austin's parents divorced at an impressionable and critical age of Austin's life. Not only did he demonstrate personal fortitude successfully completing a high school and college education, but also he committed significant time and attention in support of his younger sister, Dina, who had a difficult time coping with her parent's divorce.

Our family lost Austin's mother, Judy, at an early age due to a long battle with addiction. Again, while his mother's death and addiction battle was personally devastating to Austin, he was the pillar of support for his younger sister. Austin's strength, love and support of his sister was critical for her to overcome these challenges.

We have first-hand experience with Austin's personal interest and love of our two children but also clearly see his commitment and love of family through his relationships with his stepsister, his continued support of his sister Dina and his young nephew, Chase. "Uncle" Austin has a tremendous sense of humor, positive outlook on life and a work ethic that continues to have a positive impression on our children and other extended family members.

As we imagine is likely true in many families, there are a couple of our family members for which we could not write a letter such as this. From the two of us, and on behalf of his entire extended, we are proud to offer this testament to Austin's high character based our being the beneficiaries of his selfless love and caring throughout his life.

Sincerely,

*Elizabeth Anderson*
Elizabeth Anderson

*Darby Anderson*
Darby Anderson



**Christian R. Werth**
909 Harlem Ave.
Glenview, IL 60025
Phone: 312-287-4794

March 26th 2019

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

*Re: United States of America v. Austin Mansur, et al. Case No. 2017-CR-643*

Dear Judge Kennelly,

This letter is written personally by me, Christian Werth on behalf of Austin Mansur. I am blessed and honored to have known Austin for over 44 years. I was in complete shock when I heard the chargers against him. Deep down, I know this is not the Austin Mansur I had the privilege of growing up with.

I not only consider Austin as my most trustworthy and loyal friend, but Austin is family to me. For someone to be considered part of my family they must show "true character". To me, that means honesty, loyalty, and utmost respect towards myself, my family, and my friends.

The Austin I've come to know, has always gone out of his way to help others, and puts others well-being in front of his own. On several occasions, when I've gone through tough times, Austin was the first person I reached out to for support. He has spent countless hours listening and giving me the best advice possible. Because of this, I am a better person today. I'm not sure what I would do without him. Because of his true integrity, I have always looked up to him.

Your Honor, I am hoping that you will be as lenient as the law allows, and permit Austin to move forward with his goals for a bright and promising future.

Respectfully yours,

Christian R. Werth

# SEIDEN NETZKY LAW GROUP, LLC.

333 South Wabash Avenue | Suite 2700 | Chicago, Illinois 60604
ph. 312.236.3060 | fx. 312.236.3061 | www.snlgllc.com

FROM THE DESK OF:
Theodore Netzky
312.236.3060
tnetzky@snlgllc.com

April 18, 2019

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

Re: *United States of America v. Austin Mansur, et al.*
Case No. 2017-CR-643

Dear Honorable Judge Kennelly:

I have known Austin most of his life, being a dear friend to his father for more than 40 years. His father and I have done business together and counsel each other for that period of time. I have watched Austin grow up and become a wonderful human being. He has always tried to do the right thing and I was surprised to learn of his problem.

He works for his dad and I have had many occasions to meet with him on acquisitions where he always displayed a very high level of expertise and was always cautious about taking risk. I should mention that I have represented his dad, and consequently Austin, in various situations.

I believe that Austin is a fine person who can be a real credit to his family, friends and society, plus will always act lawfully in future transactions. I also have been in many social situations with him and he has always been polite and respectful to everyone involved. He has been a great brother to his sister and son to his father and stepmother always putting their needs in front of his own.

Austin Mansur
April 18, 2019
Page 2 of 2

    Austin has done volunteer work at Chicago Cares and has brought his registered ESA dog to elderly senior living facilities to engage with the occupants. They love the companionship. He volunteers at the Lakeview Pantry and the soup kitchen for Catholic Charities. Basically, he likes to help people with his time and money.

    I know he is a wonderful young man and will be a credit to society in the future and I am proud to have him as my friend.

Very Truly Yours,

Theodore P. Netzky
SEIDEN NETZKY LAW GROUP, LLC

Richard Slovin, Esq.
Attorney at Law
201 West Lake Street
Suite 223
Chicago, IL 60606

March 14, 2019

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

**Re: United States of America v. Austin Mansur, et al. Case No. 2017-CR-643**

Dear Judge Kennelly,

I am writing this letter to you to humbly express my impressions of the character of Austin Mansur, a man who you are scheduled to sentence in the upcoming months.

I have known Austin for more than 20 years and in that time, have had the opportunity to observe him in both professional and personal/social settings. Like his father, Austin has always been an extremely hard-worker who has contributed greatly to the professional success of the family business. He has dealt professionally and respectfully with not only a multitude of different people who work in different arenas outside his own, but also with people who perhaps have not had the same type of success which he has worked so hard to attain.

It is this quality, that of treating people of all stripes—no matter their position or station of life—with dignity, respect, kindness and generosity, which has always impressed me the most. I have personally witnessed his generosity with his time and resources to

those who were in no position to help him out or to benefit him, personally; rather, from my vantage point, it is because he is a genuinely caring person, trusting of others, perhaps too trusting even at times. He has, from what I have seen, always demonstrated great loyalty to his friends, utmost professionalism with colleagues, and true love of his family.

Yet, despite all of these truly admirable qualities, he has obviously made an unwise and not well-thought out decision in this matter which I know he deeply regrets, and for which he has shown and expressed sincere remorse. In addition to the enormous shame which this poor decision has brought to his business and family life, I know that he feels terrible shame for allowing his good judgment to have been compromised in this one instance. I feel extremely confident that moving forward, Austin will continue to contribute productively to his community and our society and, having learned a very difficult lesson and suffered considerably already for having done so, will never make a similar mistake in the future.

I thereby humbly would express my sincere hope that Your Honor would take into account all the positive accomplishments of this man, and allow him to apply what he has learned from this episode to all of his actions from here on out, with an eye towards not just being a better man, but to serve as a positive role model for others on the powers of hard work and redemption.

Thank you very much for your consideration.

Respectfully submitted,

Richard Slovin, Esq.
Attorney at Law



John D. Krupnik
1850 W Division
Unit #4C
Chicago, IL 60622 630.697.1675
jkrupnik@iaai.com

March 25, 2019

The Honorable Judge Matthew F. Kennelly:
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

      Re: "U.S. v. Austin Mansur, Case No. 2017-CR-643"

Dear The Honorable Matthew F. Kennelly:

This purpose of my letter is to articulate the character of Austin Mansur. I met Mr. Mansur roughly two decades ago and my story will highlight the foundation of him as a human being. I would also state it would only take less than (5) minutes with Austin to truly understand his passion to want to help others and his strength with people. His core is built on a foundation driven to assist others in our world.

I met Austin on a cold spring morning where my car battery was dead and there was not a sole in sight. I was attempting to pack up and catch a flight for the Easter family weekend. It was the most unique experience --- he arrived with a funny joke, his curious mind on how he could assist another, and a helping hand. We attempted to jump my car 3-4 times and it did not work. As he understood my story, and I did not ask, he extended me $40 so I could get a taxi cab back to my townhome so I could make my flight (there was no Uber at this point). We friendly exchanged contact information and went on our way.

I share this intimate experience as an aid for how I have observed Austin countless times assist others in time of need – personally, mentally, coaching, helping hand. No matter what the situation, he has _always paused to help others_. Our world is a much better place with the caliber of Austin Mansur. Austin has not only made me a better person through personal and professional coaching, but our entire friendship circle. He is a man with great dignity and integrity and willing to assist any other person in need.

I must state that I was in great shock when I learned of the claims presented against him. Anyone knowing Austin would be in shock and further, as I, the first thing we would or anyone who has made contact with Austin would immediately want to help him in his situation  If Austin was not a part of our world, it would be a great detriment to the ones Austin could not aid and assist

Thank you for your time,

*[signature]*

John D. Krupnik
Chief Technology Officer www.iaai.com

**Insurance Auto Auctions, Inc.** | Two Westbrook Corporate Center, 10th Floor | Westchester, IL 60154

**IAA – Auctions.com | IAAI.com**



March 13th, 2019

United States Court
Northern District
No 17 CR 643-5
Re: Austin Mansur

Re: "U.S. v. Austin Mansur, Case No. 2017-CR-643"

The Honorable Matthew F. Kennelly,

I have had the pleasure to know Austin Mansur since 1988 when we began attending high school together. I also know his entire family. He is one of my best friends.

When Austin first told me about the case against him I could immediately see the fear in his eyes and the stress in his face. Having know each other for so many years I have a very good idea of how Austin is affected by things. When I say this entire process has been devastating to him I am not exaggerating. This is something that Austin will not recover from. For someone like Austin, the existence of the case is one of the worst punishments that could be placed upon him.

He is a kind gentle person who throughout his life has always tried to avoid or rectify confrontations immediately. He could not be sorrier for what has happened. Please understand that he has suffered greatly and is already a different person.

I beg the court to grant Austin probation. As I mentioned the effect this case has already had on him goes way beyond what you may think. Sending him to prison would be a crushing blow that I do not believe that would produce any beneficial outcome. I thank the court for its time and consideration of this matter.

Respectfully yours,

Richard Rinella



April 22nd, 2019

**The Honorable Judge Matthew F. Kennelly**
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, IL. 60604

RE: United States of America vs Austin Mansur
Case N0. 2017-CR-643

Dear Honorable Kennelly:

My letter is regarding Austin Mansur.

Austin has been a friend for over +35 years. We met back in high school while on vacation and have maintained a close relationship over the years. Austin is trustworthy, loyal and has demonstrated good character throughout our entire friendship.

Unfortunately, Austin is now faced with punishment for his poor decision. Austin has faced humility and has suffered immensely as a result of his actions. I would respectively ask you show leniency on any future punishment and allow my friend to get back to fully contributing to society.

Austin has learned a very important lesson and would really like to bring closure to this chapter in his life.

Respectfully,

Douglas Hannah, Managing Director

P.O. Box 2506 • Key West, FL 33045
Tel: (305) 533-1110



**METALS & SERVICES INC.**
145 N. SWIFT RD.   ADDISON, IL 60101
(630)627-2900   FAX (630)627-0032
EMAIL: sales@metalserve.com

JOHN BAESSLER
CEO
METALS AND SERVICES
600 LAKE SHORE DRIVE UNIT 3611
CHICAGO IL 60611

APRIL 6, 2019

Re; Austin Mansur

United State Court
Northern District
No 17 CR 643-5

The Honorable Judge Kennelly,

This letter is written by me, John Baessler, on behalf of Austin Mansur. I have known Austin for 25 years. When I first met Austin, we had something in common, we both have family businesses. I was taken aback when I heard of the charge filed against him. This entire incident seems extremely out of character for someone like Austin.

When I first met Austin, I had so many questions about how he worked with his father, because his father was like mine, was very demanding and wanted everything to perfection. He always took the time to answer all of my questions and they helped me and my company grow to over 100 employees. Austin helped me the most when my father passed away in 2004. I was lost in what direction to go with running a company in succession to the next generation.
He showed me that if his father passed this is what he would do. I followed his instruction on how he would run the company and how he dealt with my demanding employees. I never told him that if it was not for his help, I am not sure if my company would have survived.

Austin is a good person.  He knows he broke the law. I truly believe his wrongful action represent an aberration that he will never repeat. I strongly
feel that both Austin and the community would be better served if he is not sent to jail.  His father, like mine, did is getting older and without Austin I feel the next generation will jeopardize the future of a long outstanding company in Chicago. Austin has shown me personally great remorse for these actions, and I say this not because he is a friend, but because I truly believe it.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand to offer further support to Austin as he may require.

Respectfully,   *John E. Baessler*

# THE MANSUR COMPANIES

676 North Michigan Avenue
Chicago, Illinois 60611
(312) 263-2400
FAX: (312) 642-6278

March 12, 2019

The Honorable Matthew F. Kennelly
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, IL 60604

Re: United States of America v. Austin C. Mansur et. al.; Case No. 17CR643

Dear Judge Kennelly:

This letter regards the Court's evaluation of my friend and colleague Austin Mansur's sentencing. I request the Court consider both Austin's character and business obligations as the Court evaluates appropriate sentencing.

I am an attorney and the office manager at Mansur & Company where Austin is currently employed. My legal training makes me sensitive to ethical violations and how guidelines are applied in difficult circumstances such as the one Mr. Mansur presently faces. I am concerned regarding his predicament which I hope is resolved in a way that allows him to move forward in life and continue making positive contributions to our firm and the community as he has throughout our long association.

I feel confident supporting Mr. Mansur's request for a lenient sentence based on an association that spans more than two decades. Further, Austin and the associates he's brought to our firm are solid people who model good character, ethics and are hard-working and charitable. Austin is known as a considerate, thoughtful, supportive friend and colleague.

In addition to making charitable donations, Austin has a special interest in the Lake View Pantry where he volunteers time delivering meals to individuals and families who have difficulty getting meals and groceries at the storefront location. This type of hands-on community service distinguishes him from others who limit their involvement to simply writing a check. Austin invests his time in the community as well as his money which evidences his true concern for others.

I am baffled by the situation which resulted in the Court hearing Austin's case since he has been a successful real estate analyst, developer and investment professional for over twenty years. In that capacity he has modelled integrity and discipline. The violation he was charged with is out of character for a person who has advised and mentored junior real estate analysts and brokers over the years. Austin has always been collegial, patient and a team-player in his real estate acquisition and development pursuits. He has a positive outlook and goes out of his way to encourage and support employees who report to him or need advice on projects they are assigned.

I request that the Court be as lenient as possible in sentencing Austin given his outstanding track record and community service. Thank you for taking the time to carefully evaluate his circumstances.

Very truly yours,

*Britta Bolin*

Britta J. Bolin

Asset Management / Real Estate Investment / Development



03-17-2019

From:
Nicholas Carter
CEO
IngeniousIO, Inc.

To:
United States Court
Northern District
The Honorable Matthew F. Kennelly

Re: U.S. v. Austin Mansur, Case No. 2017-CR-643

Dear Honorable Judge Kennelly,

My name is Nick Carter and I have know Austin for approximately 7 years and was aghast when I heard the accusation against him. I hold my close friends, including Austin in high regard. When I say "High Regard", this to me is a person that has integrity, empathy, intelligence and lacks egotistical view points. Austin defines all of those traits. I have seen in personal and business operations, Austin to be dedicated on upholding guidelines of the law and to never waiver or suggest otherwise.

Do I think Austin would ever commit such an act again?
Absolutely and unequivocally, that would be a "No".

Do I think Austin learned his lesson?
Absolutely and unequivocally, that would be a "Yes".

I feel it is painfully hard to convey in such a letter a point of human connection, but Austin is an exceptional person in principals both in life and work. If you were to know him on the same level you would feel the same. Austin and I overlap in some respects on both the personal and business level. I'm a tech entrepreneur with a passion for ultra endurance sports, we have accumulatively overlapped on multiple relationships overtime and have become friends ever since. It takes an unprecedented level of honesty to be able to step up and admit fault. I understand you must determine a "punishment" for such admissions. I must plead to you the value of a good persons life. I appreciate you taking the time to read this.

Sincerely,

Nicholas Carter

The Honorable Judge Matthew F. Kennelly
Everett McKinley Dirksen United State Courthouse
219 South Dearborn Street
Courtroom 2103, Chambers 2188
Chicago, Illinois 60604

April 30, 2019

Re:   United States of America v. Austin Mansur, et al.

Case No. 2017-CR-643

Dear Judge Kennelly,

This letter is written by me, Ashur Youash, for Austin Mansur. I have known Austin personally and professionally for almost 10 years. Austin has never done anything unethical in our business relationship, and certainly not in our personal relationship in all that time.

Austin and I first met in the summer of 2010 when I presented a business opportunity to him. Shortly after, my father had just passed away. He didn't know that he had passed, and he reached out to me while I was actually still in Houston dealing with the sudden loss to my family. He had flowers sent to my family, even though we had met just once. He found my address on his own, and had flowers sent to my family. I knew from the start he was a "genuine" person. Over the next 6 years, he helped me grow a business from 8 to 40 employees. When he'd visit the office, it didn't matter if he was speaking to my managers or my low-level employees, he was always down to earth and humble. That is what is most admirable about Austin.

I respectfully ask that the court consider any alternative options, and I am hopeful that you decide on a just punishment.

Sincerely,

Ashur Youash