# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 17 CR 643-5 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| AUSTIN MANSUR, et al. ) | |

## NOTICE OF MOTION

TO: **By Electronic Filing**
John D. Mitchell
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

PLEASE TAKE NOTICE that on Tuesday, June 4, 2019 at 9:30 a.m., counsel for Defendant Austin Mansur will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present Defendant's **Unopposed Motion To Reset Sentencing Date For Austin Mansur** in the above-captioned case, at which time and place you may appear if you see fit.

Dated: May 31, 2019

                                                    Respectfully submitted,

                                                    TETZLAFF LAW OFFICES, LLC

                                                    */s/ Theodore R. Tetzlaff*
                                                    Theodore Robert Tetzlaff
                                                    227 W. Monroe Street
                                                    Suite 3650
                                                    Chicago, IL 60606
                                                    Telephone: (312)574-1000
                                                    Facsimile: (312) 574-1001
                                                    ttetzlaff@tetzlafflegal.com

-and-

**BROWN RUDNICK LLP**

Stephen A. Best (Bar No. 428447)
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
Facsimile: (202) 536-1701
sbest@brownrudnick.com

Alex Lipman (Bar No. 2487395)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4919
Facsimile: (212) 938-2944
alipman@brownrudnick.com

Ashley L. Baynham (Bar No. 4322665)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4991
Facsimile: (212) 938-2957
abaynham@brownrudnick.com

*Counsel to Defendant Austin C. Mansur*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically filed the foregoing **Notice of Motion** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Civil Procedure 5(a).

Dated: May 31, 2019

                                     */s/ Theodore R. Tetzlaff*
                                     Theodore Robert Tetzlaff
                                     227 W. Monroe Street
                                     Suite 3650
                                     Chicago, IL 60606
                                     Telephone: (312)574-1000
                                     Facsimile: (312) 574-1001
                                     ttetzlaff@tetzlafflegal.com

                                     *Counsel to Defendant Austin C. Mansur*